# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

GLYNDA JOHNSON                                                                      PLAINTIFF

v.                                        Civil No. 4:17-cv-04035

COMMISSIONER, SOCIAL                                                                DEFENDANT
SECURITY ADMINISTRATION

## ORDER

Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis* is **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant NANCY BERRYHILL, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this 17th day of May 2017.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE